**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of COLORADO
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   CASCADE INTEGRATED SERVICES,LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names  
   f/k/a Cascade Tanks LLC

3. **Debtor's federal Employer Identification Number (EIN)**  
   2 6 - 0 2 5 2 3 8 4

4. **Debtor's address**

   **Principal place of business**  
   4600      S. Ulster St.  
   Number    Street  
   Suite 880  
   Denver      CO      80237  
   City        State    ZIP Code

   Denver  
   County

   **Mailing address, if different from principal place of business**  
   Number    Street  
   P.O. Box  
   City      State    ZIP Code

   **Location of principal assets, if different from principal place of business**  
   Number    Street  
   City      State    ZIP Code

5. **Debtor's website** (URL)  
   www.cascadeintegrated.com

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

---

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 1

American LegalNet, Inc.  
www.FormsWorkFlow.com

Debtor    Cascade Integrated Services, LLC _____     Case number (*if known*) _____
              Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.naics.com/search/ .
      ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11.  *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes.   District _____  When _____  Case number _____
                                   MM / DD / YYYY
            District _____  When _____  Case number _____
                                   MM / DD / YYYY

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.   Debtor _____  Relationship _____
             District _____  When _____
                                           MM / DD / YYYY
             Case number, if known _____

    List all cases. If more than 1, attach a separate list.

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Cascade Integrated Services,LLC _____   Case number (*if known*) _____,
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☒ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                               Number    Street<br>                               _____<br>                               City        State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>     Contact name _____<br>     Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99  ☐ 5,001-10,000       ☐ 50,001-100,000<br>☐ 100-199 ☐ 10,001-25,000      ☐ More than 100,000<br>☒ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000            ☒ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000       ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million ☐ More than $50 billion |

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 3


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor __Cascade Integrated Services,LLC__    Case number (*if known*) _____
       Name

**15. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/16/2015__
             MM / DD / YYYY

X __/s/ Robert Pelham__                              __Robert Pelham__
Signature of authorized representative of debtor       Printed name

Title __Chief Executive Officer__

**18. Signature of attorney**

X __/s/ John Cardinal Parks__                Date __12/16/2015__
Signature of attorney for debtor                    MM / DD / YYYY

__John Cardinal Parks__
Printed name

__Lewis Brisbois Bisgaard & Smith LLP__
Firm name

__1700__       __Lincoln St., Suite 4000__
Number         Street

__Denver__                                  __CO__        __80203__
City                                        State         ZIP Code

__303-861-7760__                            __john.parks@lewisbrisbois.com__
Contact phone                               Email address

__18669__                                   __CO__
Bar number                                  State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

American LegalNet, Inc.
www.FormsWorkFlow.com

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE MEMBER OF
## CASCADE INTEGRATED SERVICES, LLC

The undersigned, constituting the sole Member of **Cascade Integrated Services, LLC**, a Nevada limited liability company ("Company"), consents to and hereby takes the following actions and adopts the following resolutions by unanimous written consent without a formal meeting, and without, and waiving, prior notice:

**WHEREAS**, the executive officers and financial and legal advisors of the Company have reviewed and discussed with the Member the Company's current circumstance regarding financial liquidity;

**WHEREAS**, the Member has evaluated and considered the information provided and the recommendations of the Company's executive officers and financial and legal advisors;

**NOW THEREFORE**, the following resolutions are hereby adopted by unanimous written consent without formal meeting:

### Chapter 11 Filing

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Member it is desirable and in the best interests of the Company, its creditors, employees, members and other interested parties, that the Company file a petition seeking relief under the provisions of chapter 11, title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Colorado (the "Bankruptcy Court"); and

**FURTHER RESOLVED,** that Robert Pelham (the "Restructuring Officer") is hereby appointed Restructuring Officer and the Member hereby delegates all authority and power with regard to management, control, and all executive decision making responsibility with regard to the Company's potential bankruptcy proceedings; and

**FURTHER RESOLVED,** that the Restructuring Officer is authorized, empowered and directed, on behalf of and in the name of the Company, to execute and verify a voluntary petition for relief under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court; and

**FURTHER RESOLVED,** that the Restructuring Officer is authorized to execute and file all petitions, schedules, lists, motions, pleadings, instruments, affidavits, applications, disclosure statements and all material related hereto, and to take such additional actions as the may deem necessary or proper with a view to the successful prosecution of the Company's chapter 11 case; and

**Retention of Professionals**

**FURTHER RESOLVED,** that the Restructuring Officer is authorized to retain on behalf of the Company, the law firm of Lewis Brisbois Bisgaard & Smith, LLP, upon such terms and conditions as the Restructuring Officer shall approve, to render legal services to, and to represent the Company pursuant to Section 327(a) of the Bankruptcy Code, in connection with the chapter 11 case; and

**FURTHER RESOLVED,** that the Restructuring Officer is authorized to retain on behalf of the Company, other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist in the Company's chapter 11 case, upon such terms and conditions as the Restructuring Officer shall approve, to assist the Company in connection with chapter 11 case;

**Debtor in Possession Financing**

**FURTHER RESOLVED,** that the Restructuring Officer is authorized, empowered and directed to negotiate, execute, deliver and perform, as the Restructuring Officer deems appropriate or proper, one or more credit facilities (the "DIP Facility") together with all related agreements, instruments and documents prepared in connection therewith including, without limitation, financing statements, undertakings, certificates, any notes evidencing the obligations of the Company under the DIP Facility, any guarantees, mortgages, pledge of hypothecation agreements or any other security agreements evidencing the liens and security interests granted to the lender(s) under the a DIP Facility, and any modifications or supplements thereto, necessary or appropriate to facilitate the transactions contemplated by a DIP Facility pursuant to which DIP Facility, the Company and/or one or more affiliates of the Company will borrow and re-borrow funds and obtain the use of cash collateral in such amounts, from such lender or lenders and on such terms as may be approved by any Restructuring Officer; and

**FURTHER RESOLVED,** that the Restructuring Officer is authorized, empowered and directed to grant security interests in and liens upon all or substantially all of the Company's assets as may be deemed necessary by the Restructuring Officer in connection with such borrowings under a DIP Facility or the use of such cash collateral, and that the Company's granting of any such security interest be, and hereby is approved; and

**FURTHER RESOLVED,** that the Restructuring Officer is authorized, empowered and directed to execute and file all petitions, motions, pleadings, instruments, affidavits, applications and all materials related thereto, and to take such additional actions as they may deem necessary or proper to obtain the approval of the Bankruptcy Court for the DIP Facility; and

**General**

**FURTHER RESOLVED,** that all acts lawfully done or actions lawfully taken by the Restructuring Officer: (i) to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code; (ii) otherwise in connection with the chapter 11 case, or any manner related

2

thereto; or (iii) by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved; and

**FURTHER RESOLVED,** that the Restructuring Officer is authorized, empowered and directed, in the name and on behalf of the Company to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificated, and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the forgoing resolutions.

**IN WITNESS WHEREOF**, the undersigned constituting the sole Member of Cascade Integrated Services, LLC, has executed this Action by Written Consent to be effective as of December 15, 2015.

**THE MEMBER:**
**BALUSA HOLDINGS, INC.**

By: __**Per Gunnar Rymer**__
Its: __**Chairman**__

3