**DEBTOR:** Cascade Integrated Services, LLC.     **POST CONFIRMATION QUARTERLY REPORT**

**CH. 11 CASE NO:** 15-23704 - HRT     **FOR QUARTER ENDED:** 6/30/2018

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:**

| # | | |
|---|---|---|
| 1 | CASH BALANCE, BEGINNING OF QUARTER | $ 656,536.88 |
| 2 | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | $ - |
| 3 | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ( $ 579,566.07 ) |
| 4 | CASH BALANCE, END OF QUARTER | $ 76,970.81 |

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| | Paid During Quarter | Total Paid to Date | Total Pyts. Projected Under Plan |
|---|---|---|---|
| **1 ADMINISTRATIVE EXPENSES** | | | |
| Plan Trustee Compensation | $ - | $ 51,066.93 | $ 51,066.93 |
| Plan Trustee Expense | $ - | $ 47.00 | Undetermined |
| Attorney Fees - Trustee | $ 4,401.00 | $ 70,560.60 | Undetermined |
| Attorney Fees - Debtor | $ - | $ 11,162.50 | Undetermined |
| Other Professionals | $ - | $ 7,500.00 | Undetermined |
| Other Administrative Expenses | $ - | $ 373.30 | Undetermined |
| TOTAL ADMINISTRATIVE EXPENSES | $ 4,401.00 | $ 140,710.33 | Undetermined |
| **2 SECURED CREDITORS** | $ - | $ - | Undetermined |
| **3 PRIORITY CREDITORS** | $ 1,841.64 | $ 291,482.34 | Undetermined |
| **4 UNSECURED CREDITORS** | $ 572,673.43 | $ 572,673.43 | Undetermined |
| **5 EQUITY SECURITY HOLDERS** | $ - | $ - | Undetermined |
| 6 Attach additional sheets as necessary | | | |
| **TOTAL PLAN PAYMENTS** | $ 578,916.07 | $ 1,004,866.10 | Undetermined |

**QUARTERLY FEE PAID:**

| | | Date | Check No. |
|---|---|---|---|
| 2017 Q4 | $ 325.00 | 4/16/2018 | 1106 |
| 2018 Q1 | $ 325.00 | 4/16/2018 | 1107 |
| 2018 Q2 | $ 4,875.00 | 7/25/2018 | 1111 |

**PLAN STATUS:**     Yes    No

1 Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)    X

2 Are all post-confirmation obligations current? (If no, attach explanation.)    X

3 Projected date of application for final decree:    UNKNOWN

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary

By: *Thomas M. Kim* (signature)
Reorganized Debtor
Thomas M. Kim
Plan Administrator
Title

Email & Phone: tkim@r2llc.com    303-865-8460

```
15710 W Colfax Ave
Golden CO 80401                    (720)264-5623


                                           Date  4/30/18           Pag         1
        Cascade Integrated Services LLC    Account Number              5877
        Liquidating Trust                  Enclosures                     3
        1350 17th St Ste 206
        Denver CO 80202-1525




                      C H E C K I N G    A C C O U N T

Basic Checking NonP/Sole                Number of Enclosures                 3
Account Number                   5877   Statement Dates   4/02/18 thru  4/30/18
Previous Balance           656   6.88   Days in the Statement Period        29
      Deposits                    .00   Average Ledger               656,125.96
   3 Withdrawals             2,491.64   Average Collected            656,125.96
Service Charge                    .00
Interest Paid                     .00
Ending Balance            654,045.24


                --- CHECKS IN NUMBER ORDER ---
Date  Check No     Amount  Date  Check No     Amount  Date  Check No     Amount
 4/27    1026    1,841.64  4/24    1106*      325.00  4/24    1107       325.00
* Denotes missing or duplicate (re-presented) check number

************  D A I L Y  B A L A N C E  I N F O R M A T I O N  ***************
Date       Balance      Date       Balance      Date       Balance
 4/02   656,536.88      4/24    655,886.88      4/27    654,045.24
```

```
15710 W Colfax Ave
Golden CO 80401                      (720)264-5623


                                              Date    5/31/18                Pag        1
         Cascade Integrated Services LLC      Account Number                        5877
         Liquidating Trust                    Enclosures                             102
         1350 17th St Ste 206
         Denver CO 80202-1525




                        C H E C K I N G   A C C O U N T

Basic Checking NonP/Sole                  Number of Enclosures                       102
Account Number                     5877   Statement Dates    5/01/18 thru  5/31/18
Previous Balance             654   5.24   Days in the Statement Period               31
       Deposits                     .00   Average Ledger                      541,081.23
   103 Withdrawals           500,573.20   Average Collected                   541,081.23
Service Charge                      .00
Interest Paid                       .00
Ending Balance               153,472.04


************************    W I T H D R A W A L S   ***************************
Date       Description                                    Amount
 5/29      CHK CONV   WALLWORK TRUCK CBOC              2,968.57-
           CHECK # 1240

                        --- CHECKS IN NUMBER ORDER ---
Date  Check No     Amount   Date  Check No     Amount   Date  Check No     Amount
5/24                42.35   5/22      1147      19.14   5/24     1174*     298.19
5/24                53.34   5/22      1148     507.70   5/22     1175      377.84
5/24                53.97   5/23      1149   1,923.70   5/22     1176      498.37
5/24               105.14   5/23      1150      25.94   5/24     1178*     282.02
5/03     1108*   1,450.00   5/30      1151     631.11   5/23     1179      717.54
5/23     1126*     245.95   5/22      1152      78.29   5/31     1181*      17.12
5/24     1128*     205.67   5/23      1154*     55.42   5/25     1182        8.82
5/23     1130*      43.93   5/22      1155     137.63   5/24     1183       27.57
5/22     1131       65.62   5/25      1156     583.93   5/22     1184      221.58
5/31     1134*      15.64   5/22      1159*  1,759.16   5/22     1185   12,210.92
5/22     1135       15.00   5/22      1160      36.42   5/25     1188*      84.00
5/29     1136      314.86   5/22      1161      22.57   5/23     1189      782.18
5/24     1137       41.49   5/23      1162   8,998.70   5/22     1191*   2,452.72
5/22     1139*     119.85   5/25      1164*    106.26   5/24     1193*      43.93
5/23     1140      224.46   5/23      1165   2,823.77   5/22     1194      107.68
5/23     1142*      81.97   5/29      1166   2,911.35   5/22     1196*     410.18
5/22     1143      105.46   5/22      1167      22.23   5/23     1198*     238.55
5/22     1144      635.21   5/25      1170*     35.29   5/22     1199       21.17
5/22     1145      569.04   5/30      1171     447.90   5/29     1201*     202.91
5/25     1146       25.25   5/22      1172      32.17   5/23     1202       23.52
* Denotes missing or duplicate (re-presented) check number
```

```
15710 W Colfax Ave
Golden CO 80401                  (720)264-5623


                                          Date  5/31/18           Pag        2
         Cascade Integrated Services LLC  Account Number           5877
         Liquidating Trust                Enclosures                102
         1350 17th St Ste 206
         Denver CO 80202-1525




Basic Checking NonP/Sole                  4435877   (Continued)
                     --- CHECKS IN NUMBER ORDER ---
Date   Check No     Amount   Date  Check No      Amount   Date  Check No      Amount
5/23    1203        158.80   5/25   1223*      2,833.98   5/22   1245*        157.52
5/23    1204      1,122.90   5/23   1225*         22.73   5/25   1246       1,465.80
5/23    1205        172.28   5/23   1226          269.96   5/25   1247       3,561.26
5/29    1206         98.60   5/23   1228*      5,524.69   5/22   1248          83.39
5/22    1208*        90.78   5/23   1229          402.30   5/24   1251*        248.72
5/24    1209        599.69   5/23   1231*      2,141.96   5/29   1252       7,171.21
5/29    1210      3,531.44   5/29   1233*         332.47   5/24   1254*      7,543.96
5/25    1211      3,304.65   5/31   1234          580.21   5/31   1255       6,843.79
5/22    1214*        70.58   5/24   1235       17,569.74   5/29   1261*     13,752.53
5/30    1215        851.35   5/24   1237*         376.85   5/25   1265*    358,659.76
5/22    1217*       687.72   5/22   1239*          60.07   5/30   1270*        659.79
5/29    1218      1,414.27   5/29   1240       -See above-  5/24   1271          52.49
5/25    1219         18.07   5/24   1241        4,898.95   5/24   1273*         41.14
5/30    1220        855.76   5/23   1242        3,366.36
5/24    1221         26.47   5/23   1243        1,379.95
* Denotes missing or duplicate (re-presented) check number

*************   D A I L Y  B A L A N C E  I N F O R M A T I O N  ***************
Date      Balance        Date      Balance         Date      Balance
5/01   654,045.24        5/23   600,271.67         5/29   164,374.71
5/03   652,595.24        5/24   567,759.99         5/30   160,928.80
5/22   631,019.23        5/25   197,072.92         5/31   153,472.04
```

```
15710 W Colfax Ave
Golden CO 80401                 (720)264-5623


                                             Date   6/29/18              Pag        1
        Cascade Integrated Services LLC      Account Number                      5877
        Liquidating Trust                    Enclosures                            23
        1350 17th St Ste 206
        Denver CO 80202-1525




                    C H E C K I N G    A C C O U N T

Basic Checking NonP/Sole                 Number of Enclosures                    23
Account Number                       877 Statement Dates   6/01/18 thru  7/01/18
Previous Balance              153    .04 Days in the Statement Period           31
         Deposits                    .00 Average Ledger                   87,431.06
      23 Withdrawals           76,501.23 Average Collected                87,431.06
Service Charge                       .00
Interest Paid                        .00
Ending Balance                 76,970.81


                    --- CHECKS IN NUMBER ORDER ---
Date   Check No      Amount  Date  Check No      Amount  Date  Check No      Amount
6/29   1109        2,856.00  6/04  1192*           5.55  6/22  1244*          29.11
6/29   1110           95.00  6/29  1195*       4,562.56  6/04  1253*         146.04
6/15   1132*          86.63  6/01  1200*         333.13  6/27  1256*       2,157.94
6/05   1133          569.04  6/04  1207*          44.48  6/01  1266*      19,409.02
6/01   1163*          19.73  6/05  1212*         665.38  6/01  1267       35,994.92
6/05   1177*         401.80  6/20  1216*         111.40  6/01  1268        4,996.94
6/25   1180*         451.77  6/06  1227*         155.00  6/14  1269        2,221.45
6/04   1186*         306.11  6/07  1232*         882.23
* Denotes missing or duplicate (re-presented) check number

*************   D A I L Y   B A L A N C E   I N F O R M A T I O N   ***************
Date         Balance       Date         Balance       Date         Balance
6/01       92,718.30       6/07       89,542.67       6/22       87,094.08
6/04       92,216.12       6/14       87,321.22       6/25       86,642.31
6/05       90,579.90       6/15       87,234.59       6/27       84,484.37
6/06       90,424.90       6/20       87,123.19       6/29       76,970.81
```